# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SCOTT PITTS**                                                                                                       **PLAINTIFF**

**V.**                            **CASE NO. 3:12CV00307-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

In accordance with the Court's findings of fact and conclusions of law following oral argument by counsel at a hearing held on January 2, 2014, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

So ordered this 3rd day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE